# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: admin | Date Created: 06/28/2010 |
| Case: 10−15712 | Form ID: B18 | Total: 34 |

**Recipients of Notice of Electronic Filing:**
tr    George W. Liebmann    Gliebmann@lspa.comcastbiz.net
aty    Stephen A. Drazin    stephen.drazin@drazinlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Joseph William Libkey, Jr.    2510 Sycamore Ave    Sparrows Point, MD 21219
25836407    Anne M. Hrehorovich, Esquire    8600 LaSalle Road    Suite 200    Towson, MD 21286
25836410    BGE    P.O. Box 13070    Philadelphia, PA 19101−3070
25836408    Baltimore County State's Attorney    Bad Check Restitution Program    POBox 10653    Baltimore, MD 21285−0653
25836409    Bank of America, N.A.    1000 Camera Avenue    Suite A    Saint Louis, MO 63126
25836411    Bott &Associates    7939 Honeygo Blvd.    Suite 111    Nottingham, MD 21236
25836412    Brennan &Clark, LTD    721 E. Madison    Suite 200    Villa Park, IL 60181
25836538    Comptroller of the Treasury    Compliance Division, Room 409    301 W. Preston Street    Baltimore, MD 21201
25836541    Deputy County Attorney    Baltimore County Office of Law    400 Washington Avenue, 2nd Floor    Towson, MD 21204
25836413    Erie Insurance    100 Erie Insurance Place    Erie, PA 16530
25836414    Farooq Khawaja    2341 E Fayette Street    Baltimore, MD 21224
25836415    GMAC    Po Box 130424    Roseville, MN 55113
25836416    HD Supply / White Cap    c/o: Joseph, Mann &Creed    POBox 22253    Beachwood, OH 44122−0253
25836417    IRS    Insolvency Division    31 Hopkins Plaza    Room 1140    Baltimore, MD 21201
25836418    Jonathan Bruni    15 Bourbon Court    Parkville, MD 21234−8005
25836419    M &T Bank    P.O. Box 1056    Buffalo, NY 14240−1056
25836420    Mi−Kee−Tro Metal Manufacturing    3466 Board Road    York, PA 17406−8478
25836421    N.B. Handy    POBox 601357    Charlotte, NC 28260−1357
25836422    NCO Financial Systems Inc    P.O. Box 15630    Wilmington, DE 19850
25836423    RMS    1250 E. Diehl Road    Suite 300    Naperville, IL 60563
25836424    Sessa Sheet Metal    529 N. Haven Street    Baltimore, MD 21205
25836426    State of Maryland    Central Collection Unit    300 W. Preston Street    Baltimore, MD 21201
25836425    State of Maryland    INCOMPLETE ADDRESS PROVIDED
25836540    State of Maryland DLLR    Division of Unemployment Insurance    1100 N. Eutaw Street, Room 401    Baltimore, MD 21201
25836427    Steven Trostle, Esquire    P.O.Box 77    Joppa, MD 21085
25836428    Steven Trostle, Esquire    POBox 77    Joppa, MD 21085
25836539    Supervisor of Delin. Accts.    Rm. 1 Municipal Building    Holliday &Lexington Streets    Baltimore, MD 21202
25836429    TNT Manufacturing Inc.    a division of SESSA Sheet Metal Co., Inc    508 S. Caton Avenue    Baltimore, MD 21229
25836430    U Store It    8432 Pulaski Highway    Rosedale, MD 21237
25836431    Verizon    P.O. Box 660720    Dallas, TX 75266
25836432    Verizon    Po Box 3397    Bloomington, IL 61702
25836433    Waldron of MD, Inc.    8997A Yellow Brick Road    Rosedale, MD 21237

TOTAL: 32